# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2643

_____

David Hill,                                    *
                                               *
        Appellant,                        *
                                               *
   v.                                       *
                                               *    Appeal from the United States
Officer Hugh, Jailer, Miller County            *    District Court for the
Jail; Officer Jody, Jailer, Miller County      *    Western District of Arkansas.
Jail; H. L. Phillips,                          *
                                               *    [UNPUBLISHED]
        Appellees.                        *

_____

Submitted: April 7, 1999
Filed: April 12, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

David Hill, an Arkansas prisoner, appeals the district court's[1] order entering judgment against him in his 42 U.S.C. § 1983 complaint following a bench trial. After careful review of the record and the parties' briefs, we affirm for the reasons set forth in the district court's memorandum opinion.

_____

[1]The Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.